**WRIGHT, FINLAY & ZAK, LLP**
Robin P. Wright, Esq., SBN 150984
Bradford E. Klein, Esq., SBN 259252
Richard J. Lee, Esq., SBN 268713
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
rwright@wrightlegal.net; bklein@wrightlegal.net; rlee@wrightlegal.net

Attorneys for Defendant, OCWEN LOAN SERVICING, LLC

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE PEREZ, BELLA PEREZ, <br><br>Plaintiffs, <br><br>vs. <br><br>OCWEN LOAN SERVICING, LLC, <br><br>Defendant. | No. 2:15-cv-1708-MCE-KJN PS (TEMP) <br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT THE MARCH 10, 2016 HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Having reviewed the request for telephonic appearance filed by Defendant OCWEN LOAN SERVICING, LLC the Court finds that good cause exists for GRANTING the request.

Accordingly, IT IS ORDERED THAT defendant's request for telephonic appearance (Dkt. No. 23) at the March 10, 2016 hearing of defendant's motion to dismiss is granted.[1]

Dated: January 29, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/perez1708.tel.app.ord

---

[1] Counsel for defendant is directed to contact the undersigned's courtroom deputy to arrange telephonic appearance.