Mark W. Lapham, Esq. (SBN 146352)
**LAW OFFICES OF MARK W. LAPHAM**
751 Diablo Rd.
Danville, CA 94526
TEL: (925) 837-9007
FAX: (925) 406-1616

Attorneys for Plaintiffs
**ENRIQUE PEREZ and**
**BELLA PEREZ**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE PEREZ and BELLA PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | **Case No. 2:15-cv-1708-MCE DB PS**<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**<br><br>Complaint filed: August 10, 2015 |

On or about October 6, 2016, Plaintiffs filed a motion to voluntarily dismiss this action in its entirety, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). That motion was subsequently set for hearing before the undersigned on December 15, 2016. There was no opposition filed to Plaintiff's Motion.

Having now reviewed Plaintiffs' motion and good cause appearing, the motion to voluntarily dismiss the instant action without prejudice is GRANTED. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: January 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1